**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

April 30, 2021

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Yaseen Traynor v. Art.com., Inc.*,
                 Case No. 19 Civ. 3028 (ER)

Dear Judge Ramos,

    Pursuant to your Order issued on April 15, 2021, I write, with the consent of counsel for Plaintiff, to provide the Court with the following status letter. The parties have recently met and conferred in a good faith to attempt to settle this matter. While a resolution has not been agreed upon at this time, the parties are confident that they may be able to resolve this matter shortly. As such, the parties respectfully request 14 days to try to reach a resolution and, if no resolution is reached, the parties will submit to the Court a proposed discovery plan by May 14, 2021.

    Thank you for Your Honor's attention to this matter.

                                        Respectfully submitted,

                                        */s/ Sean Kirby*

                                        Sean Kirby
                                        Sheppard, Mullin, Richter & Hampton LLP
                                        30 Rockefeller Plaza
                                        New York, New York 10112

                                        *Attorneys for Defendant*